UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Abdul Mohammed,

  Plaintiff,     Civil No. 24-10496

v.           Honorable Laurie J. Michelson
           Mag. Judge Kimberly G. Altman

Director of United States
Immigration and Citizenship
Service, et al.,

  Defendants.

---

**Stipulation and Order to Remand Plaintiff's
Application for Naturalization to USCIS**

---

Plaintiff and Defendant United States Citizenship and Immigration Services (USCIS), through their counsel, stipulate for a remand of this action, without prejudice, to USCIS for the purposes of adjudicating Plaintiff's pending naturalization application. In support of this stipulation, the parties state as follows:

1.      USCIS agrees to commence adjudicative action within 30 days of the Court granting the remand, to include issuing a request for any additional documentation or evidence it determines necessary. If USCIS determines no additional documentation or evidence is needed, it will issue a decision within 30 days of the Court granting the remand.

2.      If USCIS issues a request for additional documentation or evidence, upon receiving the Plaintiff's response to the request, USCIS will issue a decision no later than 30 days after the date it receives the Plaintiff's response.

3.      If the applicant does not respond to any request issued by USCIS, USCIS will issue a decision within 30 days of the expiration of the response period provided to the applicant.

4.      Each party agrees to bear their own costs.

SO ORDERED.


Dated: June 12, 2024


s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE



So stipulated and agreed:


**DAWN N. ISON**
UNITED STATES ATTORNEY


*/s/Abdul Mohammed w/consent*        */s/ Bradley H. Darling*
Abdul Mohammed                      Bradley H. Darling
11000 West Mcnichols Rd.            Assistant United States Attorney
Unit 323 #1284                      211 W. Fort Street, Suite 2001
Detroit, MI 48221                   Detroit, Michigan 48226
                                    (313) 226-9137
*Pro Se Plaintiff*                  bradley.darling@usdoj.gov

                                    *Attorney for Defendants*

Dated: June 12, 2024                Dated: June 12, 2024